# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JERRY DEAN CLARK**                                                                                       **PLAINTIFF**

**VS.**                                         **1:16-CV-00093-BRW-PSH**

**MARK COUNTS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris.[1]  No objections have been filed and the time for doing so has passed.[2]  After careful consideration, I adopt the Proposed Findings and Partial Recommended Disposition in its entirety as my findings in all respects.

Accordingly, Mr. Clark's claims against the Sharp County Detention Center are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of November, 2016.


　　　　　　　　　　　　　　　　　　　　　　/s/Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 10.

[2] Objections were due by Thursday, October 27, 2016.