# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

JERRY DEAN CLARK                                                                                    PLAINTIFF
ADC #165173

V.                                        NO: 1:16CV00093 BRW/PSH

MARK COUNTS *et al*                                                                               DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

On November 16, 2016, plaintiff Jerry Dean Clark filed a motion to voluntarily dismiss his complaint. Doc. No. 21. For good cause shown, the motion should be granted.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Jerry Dean Clark's motion to voluntarily dismiss his complaint, Doc. No. 21, be GRANTED, and Clark's complaint be DISMISSED WITHOUT PREJUDICE.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE